UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CHLOE ALLEN and SANDRA
ALLEN as next friend of H.A,

      Plaintiffs,

v

ESCANABA AREA PUBLIC SCHOOLS, and
ESCANABA AREA PUBLIC SCHOOLS
BOARD OF EDUCATION,

      Defendants.
_____/

Judge Hala Y. Jarbou
Magistrate Judge Maarten Vermaat
No. 23-00200

Matthew J. Clark (P76690)
Rachel N. Helton (P61885)
Gregory, Moore, Brooks & Clark, P.C.
*Attorneys for Plaintiffs*
28 West Adams, Suite 300
Detroit, MI 48226-1613
(313) 964-5600
Matt@unionlaw.net
rachel@unionlaw.net

Timothy J. Mullins (P28021)
John L. Miller (P71913)
Giarmarco, Mullins & Horton, P.C.
*Attorneys for Defendant*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7188
tmullins@gmhlaw.com
jmiller@gmhlaw.com

Munising Office:
114 Elm Avenue
Munising, MI 49862

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING SUMMARY JUDGMENT RESPONE DEADLINES**

On December 4, 2024, this Court set a deadline for Plaintiffs to respond to Defendants' Motion for Summary Judgment by December 20, 2024, with Defendants' reply due January 20, 2025. Doc. 19. Due to sickness on Plaintiffs' counsel's end, the parties have agreed to extend Plaintiffs' response deadline by three days, to December 23, 2024, and Defendants' reply deadline to January 23, 2025.

**IT IS SO ORDERED.**

Dated: December 19, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated as to form and content:

/s/ Matthew J. Clark
Matthew J. Clark (P76690)
Rachel N. Helton (P61885)
Gregory, Moore, Brooks & Clark, P.C.
*Attorneys for Plaintiffs*
28 West Adams, Suite 300
Detroit, MI 48226-1613
(313) 964-5600
Matt@unionlaw.net
rachel@unionlaw.net

/s/ John J. Miller
John L. Miller (P71913)
Timothy J. Mullins (P28021)
Giarmarco, Mullins & Horton, P.C.
*Attorneys for Defendant*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7188
tmullins@gmhlaw.com
jmiller@gmhlaw.com

Munising Office:
114 Elm Avenue
Munising, MI 49862