UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CHLOE ALLEN and SANDRA
ALLEN as next friend of H.A,

|  |  |
|---|---|
| Plaintiffs, | Judge Hala Y. Jarbou |
|  | Magistrate Judge Maarten Vermaat |
| v | No. 23-00200 |

ESCANABA AREA PUBLIC SCHOOLS, and
ESCANABA AREA PUBLIC SCHOOLS
BOARD OF EDUCATION,

Defendants.
_____/

| | |
|---|---|
| Matthew J. Clark (P76690) | Timothy J. Mullins (P28021) |
| Rachel N. Helton (P61885) | John L. Miller (P71913) |
| Gregory, Moore, Brooks & Clark, P.C. | Giarmarco, Mullins & Horton, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 28 West Adams, Suite 300 | 101 W. Big Beaver Road, 10th Floor |
| Detroit, MI 48226-1613 | Troy, MI 48084-5280 |
| (313) 964-5600 | (248) 457-7188 |
| Matt@unionlaw.net | tmullins@gmhlaw.com |
| rachel@unionlaw.net | jmiller@gmhlaw.com |
| | |
| | Munising Office: |
| | 114 Elm Avenue |
| | Munising, MI 49862 |

**EXHIBIT 10 (REDACTED) TO PLAINTIFFS' RESPONSE IN OPPOSTION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

EXHIBIT 10

# Michigan High School Hockey Hub

# Official Roster of Escanaba Eskymos

2012-2013

Printed 07/17/2024 3:15PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Tim McCarthy, John Keepers, John Hendrickson, Matt Hughes, Bryce Groleau

| # | Name | Pos |
|---|------|-----|
| 1 | Jack Valentine | G |
| 2 | Dylan Gauthier | F |
| 3 | Brianna Belanger | D |
| 4 | Ben Lasecki | F |
| 5 | Matthew Casey | D |
| 6 | Jake Eastin | F |
| 7 | Steve Wood | F |
| 8 | Nick Vandermissen | F |
| 9 | TJ Myrick | F |
| 10 | Derek Chaillier | D |
| 11 | Jeff Lyle | D |
| 14 | Nick Aird | F |
| 15 | Charlie Zuidema | F |
| 16 | Hunter LaMarch | F |
| 18 | Calvin Pinar | D |
| 19 | Dan Ritter | F |
| 20 | Quintin McCarthy | D |
| 21 | Levi Wunder | F |
| 22 | Dominic Aos | F |
| 35 | Nick LeMire | G |



SportsEngine

ALLEN ET AL V EAPS ET AL 000091

| Home | Schedule | Conferences | Standings | Awards | Leaders | Showcases | More + |

GREAT LAKES ❯   Calumet   Escanaba   Kingsford   Marquette   Negaunee

Share this Team ❯

**Regular Season** 2012-2013

Conferences ❯ Great Lakes ▼ ❯ Escanaba ▼

# Escanaba Eskymos

| HOME | **ROSTER** | GAME SCHEDULE | PLAYER STATS | TEAM STATS | STANDINGS | PHOTOS | VIDEOS | POSTS |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 14 | 15 | 16 | 18 | 19 | 20 | 21 | 22 | 35 | . | . | . | . | . |

**PLAYERS**   **STAFF**

| NUMBER | PHOTO | NAME | TITLE |
|--------|-------|------|-------|
| | | Bryce Groleau | Asst. Coach |
| | | John Hendrickson | Asst. Coach |
| | | Matt Hughes | Asst. Coach |
| | | John Keepers | Asst. Coach |
| | | Tim McCarthy | Head Coach |

ALLEN ET AL V EAPS ET AL 000092

🖨 PRINT THIS PAGE

# Michigan High School Hockey Hub

2013-2014

## Official Roster of Escanaba Eskymos

Printed 07/17/2024 3:17PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Matt Hughes, Bryce Groleau, Tyler Hanson, Andy Johnson

| # | Name | Pos |
|---|------|-----|
| 1 | Jack Valentine | G |
| 2 | Dylan Gauthier | F |
| 4 | Blaine Borman | F |
| 5 | Matt Casey | D |
| 6 | Jack Williams | F |
| 7 | Steve Wood (A) | F |
| 8 | Chris LeMire | F |
| 9 | TJ Myrick | F |
| 10 | Derek Chaillier (C) | D |
| 11 | Jeff Lyle | D\|F |
| 14 | Nick Aird | F |
| 15 | Charlie Zuidema | F |
| 16 | Hunter LaMarch | F |
| 17 | Paul Carne | D |
| 18 | Calvin Pinar | D |
| 19 | Dan Ritter | F |
| 20 | Quintin McCarthy | D |
| 21 | Levi Wunder (A) | F |
| 22 | Dominic Aos | F |
| 35 | Nick LeMire (A) | G |



SportsEngine

ALLEN ET AL V EAPS ET AL 000093



# Escanaba Eskymos

1 2 4 5 6 7 8 9 10 11 14 15 16 17 18 19 20 21 22 35 AC AC AC HC

PLAYERS STAFF

| NUMBER | PHOTO | NAME | TITLE |
|---|---|---|---|
| AC | | Bryce Groleau | Assistant Coach |
| AC | | Tyler Hanson | Assistant Coach |
| AC | | Andy Johnson | Assistant Coach/Goalie |
| HC | | Matt Hughes | Head |

PRINT THIS PAGE

# Michigan High School Hockey Hub

2014-2015

# Official Roster of Escanaba Eskymos

Printed 07/17/2024 3:23PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Matt Hughes, Bryce Groleau, Andy Johnson, Tyler Hanson

| # | Name | Pos |
|---|------|-----|
| 1 | Jack Valentine | G |
| 2 | Dylan Gauthier | F |
| 3 | Gavin Schwalbach | F |
| 4 | Blaine Borman | F |
| 5 | Matt Casey | D |
| 6 | Jack Williams | F |
| 8 | Chris LeMire | F |
| 9 | Hayden Haslow | D |
| 10 | Brendan Sliva | F |
| 11 | Parker LaMarch | F |
| 12 | Josh Nelson | D |
| 14 | Nick Aird | F |
| 15 | Charlie Zuidema (A) | F |
| 16 | Hunter LaMarch | F |
| 17 | Paul Carne | D |
| 18 | Calvin Pinar (A) | D |
| 19 | Garth Wickham | F |
| 20 | Kyle Egner | D |
| 21 | Levi Wunder (C) | F |
| 22 | Colton Hayes | F |
| 35 | Brodie Goddard | G |



SportsEngine

ALLEN ET AL V EAPS ET AL 000095



# Escanaba Eskymos

| NUMBER | PHOTO | NAME | TITLE |
|---|---|---|---|
| | | Bryce Groleau | Assistant Coach |
| | | Tyler Hanson | Assistant Coach |
| | | Matt Hughes | Head Coach |
| | | Andy Johnson | Assistant Coach |

# Michigan High School Hockey Hub

**2015-2016**

# Official Roster of Escanaba Eskymos

Printed 07/17/2024 3:24PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Matt Hughes, Brent Kallio, Andy Johnson

| # | Name | Pos |
|---|------|-----|
| 1 | Jack Valentine | G |
| 2 | Dylan Gauthier | F |
| 3 | Gavin Schwalbach | F |
| 4 | Blaine Borman | F |
| 5 | Matt Casey | D |
| 6 | Jack Williams | F |
| 7 | Blaine Reinhart | F |
| 8 | Chris LeMire | F |
| 9 | Hayden Haslow | D |
| 10 | Brendan Sliva | F |
| 11 | Parker LaMarch | F |
| 12 | Josh Nelson | D |
| 14 | Nick Aird | F |
| 15 | Charlie Zuidema | F |
| 16 | Hunter LaMarch | F |
| 17 | Paul Carne | D |
| 18 | Calvin Pinar | D |
| 19 | Garth Wickham | F |
| 20 | Kyle Egner | D |
| 22 | Colton Hayes | F |
| 35 | Brodie Goddard | G |



https://www.mihshockeyhub.com/roster/show/2127784?subseason=254656

ALLEN ET AL V EAPS ET AL 000097

Home Schedule Conferences Standings Awards Leaders Showcases More +

GREAT LAKES > Calumet Escanaba Kingsford Marquette Negaunee Houghton Hancock Bulldogs

PRESENTED BY THE MICHIGAN HIGH SCHOOL COACHES' ASSOCIATION

AdChoices

Share this Team >

**Regular Season**
2015-2016

Conferences > Great Lakes ▼ > Escanaba ▼

# Escanaba Eskymos

HOME  **ROSTER**  GAME SCHEDULE  PLAYER STATS  TEAM STATS  STANDINGS  PHOTOS  VIDEOS  POSTS

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 22 | 35 | . | . | . |

**PLAYERS**  **STAFF**

| NUMBER | PHOTO | NAME | TITLE |
|--------|-------|------|-------|
|  |  | Matt Hughes | Head Coach |
|  |  | Andy Johnson | Assistant Coach |
|  |  | Brent Kallio | Assistant Coach |

ALLEN ET AL V EAPS ET AL 000098

PRINT THIS PAGE

# Michigan High School Hockey Hub

## Official Roster of Escanaba Eskymos

**2016-2017**

Printed 07/18/2024 10:30AM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** MATT HUGHES, PAT LABRE, BRENT KALLIO, BRYCE GROLEAU, ANDY JOHNSON

| # | Name | Pos |
|---|------|-----|
| 1 | TREVOR DENOME | G |
| 1 | AARON YOUNG | G |
| 2 | SCOUT WUNDER | F |
| 3 | GAVIN SCHWALBACH | F |
| 4 | LUKE LABRE | D |
| 5 | DAN MARTIN | D |
| 6 | REASE HUBERT | D |
| 7 | BLAINE REINHART | F |
| 8 | CHRIS LEMIRE (C) | F |
| 9 | HAYDEN HASLOW | D |
| 10 | GRANT WICKHAM | F |
| 11 | PARKER LAMARCH (A) | F |
| 12 | AARON YOUNG | F |
| 14 | ETHAN SILVERSTONE | F |
| 15 | CHRISTER CARNE | F |
| 16 | JOSEPH JACOBSON | F |
| 17 | PAUL CARNE (A) | D |
| 18 | CHRIS SLIVA | D |
| 19 | GARTH WICKHAM (A) | F |
| 20 | KYLE EGNER | D |
| 21 | NOAH OLSEN | F |
| 22 | COLTON HAYES | F |
| 35 | BRODIE GODDARD | G |



SportsEngine

ALLEN ET AL V EAPS ET AL 000099



Case 2:23-cv-00200-HYJ-MV ECF No. 25, PageID.640 Filed 04/05/25 Page 12 of 26

Ad

Try YouTube TV
100+ channels, unlimited DVR space, and 6 accounts for one price. Try it today!
YouTube TV
SIGN UP

Share this Team >

Regular Season
2016-2017

# Escanaba Eskymos

| NUMBER | PHOTO | NAME | TITLE |
|---|---|---|---|
| | | BRYCE GROLEAU | ASSISTANT COACH |
| | | MATT HUGHES | HEAD COACH |
| | | ANDY JOHNSON | ASSISTANT COACH |
| | | BRENT KALLIO | ASSISTANT COACH |
| | | PAT LABRE | ASSISTANT COACH |

# Michigan High School Hockey Hub

# Official Roster of Escanaba Eskymos

2017-2018

Printed 07/18/2024 1:46PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** MATT HUGHES, PAT LABRE, BRENT KALLIO, BRYCE GROLEAU, JAKE EASTON, COOPER LAMARCH, TURE BURHOLT, LARI NUUTINEN

| # | Name | Pos | Grade |
|---|---|---|---|
| 1 | TREVOR DENOME | G | 10 |
| 3 | ZEKE STRAND | F | 11 |
| 4 | LUKE LABRE | D | 10 |
| 5 | GRANT LAMARCHE | D | 10 |
| 6 | BRADEN REINHART | D | 10 |
| 7 | BLAINE REINHART | F | 12 |
| 8 | SPENCER BOURDEAU | F | 9 |
| 9 | HAYDEN HASLOW (C) | D | 12 |
| 10 | GRANT WICKHAM (A) | F | 10 |
| 11 | AARON YOUNG | F | 12 |
| 12 | KADON HAYES | D | 9 |
| 14 | ETHAN SILVERSTONE | F | 10 |
| 15 | CHRISTER CARNE (A) | F | 11 |
| 16 | JOE JACOBSON | F | 11 |
| 17 | KYLE KRUTINA | F | 10 |
| 18 | CHRIS SLIVA (A) | D | 11 |
| 19 | JAKE LAFAVE | F | 11 |
| 20 | BRYCE COOPER | D | 11 |
| 21 | BRAYDEN STANNARD | F | 9 |
| 22 | JUSTIN VANDRESE | F | 12 |
| 35 | BRODIE GODDARD | G | 12 |



SportsEngine

ALLEN ET AL V EAPS ET AL 000101



Home | Schedule | Conferences | Standings | Awards | Leaders | Showcases | More +

GREAT LAKES > Calumet Escanaba Kingsford Marquette Negaunee Houghton Hancock Bulldogs

$2,890 $4,740 $4,390 $4,240 $3,680 $7,480

Share this Team >

Regular Season
2017-2018

Conferences > Great Lakes > Escanaba

# Escanaba Eskymos

HOME ROSTER GAME SCHEDULE PLAYER STATS TEAM STATS STANDINGS PHOTOS VIDEOS POSTS

1 3 4 5 6 7 8 9 10 11 12 14 15 16 17 18 19 20 21 22 35 . . . . . . . .

PLAYERS STAFF

| NUMBER | PHOTO | NAME | TITLE |
|---|---|---|---|
| | | TURE BURHOLT | TEAM MANAGER |
| | | JAKE EASTON | ASSISTANT COACH |
| | | BRYCE GROLEAU | ASSISTANT COACH |
| | | MATT HUGHES | HEAD COACH |
| | | BRENT KALLIO | ASSISTANT COACH |
| | | PAT LABRE | ASSISTANT COACH |
| | | COOPER LAMARCH | TEAM MANAGER |
| | | LARI NUUTINEN | TEAM MANAGER |

# Michigan High School Hockey Hub

## Official Roster of Escanaba Eskymos

2018-2019

Printed 07/18/2024 1:48PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:**

| # | Name | Pos | Grade |
|---|------|-----|-------|
| 1 | Trevor Denome | G | |
| 4 | Luke Labre | D | |
| 5 | Grant LaMarche | D | |
| 6 | Braden Reinhart | D | |
| 7 | Jayger LaMarch | F | |
| 8 | Spencer Bourdeau | F | |
| 9 | Karson Krutina | F | |
| 10 | Grant Wickham (A) | F | |
| 11 | Ayden Mylander | F | |
| 12 | Kadon Hayes | D | |
| 14 | Ethan Silverstone | F | |
| 15 | Christer Carne (A) | F | |
| 16 | Joe Jacobson (A) | F | |
| 17 | Kyle Krutina | F | |
| 18 | Chris Sliva (A) | D | |
| 19 | Jacob LaFave | F | |
| 20 | Bryce Cooper | D | |
| 21 | Devin Fisher | F | |
| 22 | Nick Kolich | F | |
| 35 | Bryce Buckbinder | G | |



SportsEngine

https://www.mihshockeyhub.com/roster/show/4544476?subseason=558837

ALLEN ET AL V EAPS ET AL 000103

Home    Schedule    Conferences    Standings    Awards    Leaders    Showcases    More +

GREAT LAKES  >  Calumet   Escanaba   Kingsford   Marquette   Negaunee   Houghton   Hancock Bulldogs

and SHARE your team

Share this Team >

Regular Season
2018-2019

Conferences  >  Great Lakes  ▼  >  Escanaba  ▼

## Escanaba Eskymos

HOME    ROSTER    GAME SCHEDULE    PLAYER STATS    TEAM STATS    STANDINGS    PHOTOS    VIDEOS    POSTS

| 1 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 35 |

PLAYERS    STAFF

*No staff currently found on this roster.*

ALLEN ET AL V EAPS ET AL 000104

## Michigan High School Hockey Hub

# Official Roster of Escanaba Eskymos

**2019-2020**

Printed 07/18/2024 1:50PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Matt Hughes, Pat Labre, Andy Wilson, Bryce Groleau

| # | Name | Pos | Grade |
|---|------|-----|-------|
| 1 | Trevor Denome | G | 12 |
| 2 | Bryce Buchbinder | G | 10 |
| 4 | Luke Labre | D | 12 |
| 5 | Grant LaMarche | D | 12 |
| 6 | Braden Reinhart | D | 12 |
| 8 | Spencer Bourdeau | F | 11 |
| 9 | Karson Krutina | F | 10 |
| 10 | Brayden Martineau | F | 9 |
| 11 | Sawyer LaMarch | F | 9 |
| 12 | Kobie Petrich | F | 10 |
| 14 | Ethan Silverstone | F | 12 |
| 15 | Trevor Streichert | F | 9 |
| 16 | Jayger LaMarch | F | 10 |
| 17 | Kyle Krutina | F | 12 |
| 18 | Clayton Smith | D | 10 |
| 19 | Gunner Bourdeau | D | 9 |
| 20 | Braden Sundquist | D | 9 |
| 22 | Nick Kolich | F | 11 |
| 35 | Dylan Ziemke | G | 10 |



SportsEngine

https://www.mihshockeyhub.com/roster/show/5294923?subseason=641364

ALLEN ET AL V EAPS ET AL 000105



Sports build confidence, friendships, and memories.
CHANGE THEIR LIVES FOREVER.
SEARCH tournaments now
sportsengine

# Escanaba Eskymos

| NUMBER | PHOTO | NAME | TITLE |
|---|---|---|---|
| | | Bryce Groleau | Assistant Coach |
| | | Matt Hughes | Head Coach |
| | | Pat Labre | Assistant Coach |
| | | Andy Wilson | Assistant Coach |

**Michigan High School Hockey Hub**

# Official Roster of Escanaba Eskymos

2020-2021

Printed 07/18/2024 1:50PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Matt Hughes, Pat Labre, Bryce Groleau, Andy Wilson

| # | Name | Pos | Grade |
|---|------|-----|-------|
| 1 | Bryce Buchbinder | G | 11 |
| 4 | Brett Labre | F | 9 |
| 5 | Braden Roberts | F | 12 |
| 7 | Kobie Petrich | F | 11 |
| 8 | Spencer Bourdeau | F | 12 |
| 9 | Karson Krutina | F | 11 |
| 10 | Brayden Martineau | F | 10 |
| 11 | Sawyer LaMarch | F | 10 |
| 12 | Isaiah Boyce | D | 9 |
| 14 | Ayden Mylander | F | 11 |
| 15 | Trevor Streichert | F | 10 |
| 16 | Jayger LaMarch | F | 11 |
| 17 | Cody Nelson | F | 10 |
| 18 | Clayton Smith | D | 11 |
| 19 | Gunner Bourdeau | D | 10 |
| 20 | Braden Sundquist | D | 10 |
| 21 | Kadon Hayes | D | 12 |
| 22 | Nick Kolich | F | 12 |
| 35 | Dylan Ziemke | G | 11 |



https://www.mihshockeyhub.com/roster/show/5984984?subseason=712331

ALLEN ET AL V EAPS ET AL 000107



youth on course 100 HOLE HIKE
You could be here:
*The Nest at Cabot Cape Breton*
LEARN MORE & REGISTER

Share this Team >

Regular Season
2020-21

Conferences › Great Lakes › Escanaba

# Escanaba Eskymos

HOME | ROSTER | GAME SCHEDULE | PLAYER STATS | TEAM STATS | STANDINGS | PHOTOS | VIDEOS | POSTS

1 4 5 7 8 9 10 11 12 14 15 16 17 18 19 20 21 22 35 . . . .

PLAYERS | STAFF

| NUMBER | PHOTO | NAME | TITLE |
|---|---|---|---|
| | | Bryce Groleau | Assistant Coach |
| | | Matt Hughes | Head Coach |
| | | Pat Labre | Assistant Coach |
| | | Andy Wilson | Assistant Coach |

# Michigan High School Hockey Hub

## Official Roster of Escanaba Eskymos

2021-2022

Printed 07/18/2024 1:52PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Andy Johnson, Ethan Silverstone, Tim Martineau

| # | Name | Pos | Grade |
|---|------|-----|-------|
| 1 | Bryce Buchbinder | G | 12 |
| 3 | Alex Schwalbach | F | 9 |
| 4 | Brett Labre | D | 10 |
| 9 | Karson Krutina | F | 12 |
| 10 | Brayden Martineau | F | 11 |
| 11 | Sawyer LaMarch | F | 11 |
| 12 | Isaiah Boyce | D | 10 |
| 14 | Cale Carter | F | 9 |
| 15 | Trevor Streichert | F | 11 |
| 16 | Jayger LaMarch | F | 12 |
| 17 | Cody Nelson | F | 11 |
| 18 | Clayton Smith | D | 12 |
| 19 | Gunner Bourdeau | D | 11 |
| 21 | Riley Stannard | F | 9 |
| 35 | Dylan Ziemke | G | 12 |



https://www.mihshockeyhub.com/roster/show/6758030?subseason=783124

ALLEN ET AL V EAPS ET AL 000109

Home    Schedule    Conferences    Standings    Awards    Leaders    Showcases    More +

GREAT LAKES  >  Calumet   Escanaba   Hancock Bulldogs   Houghton   Kingsford   Marquette   Negaunee   Jeffers

# HOCKEY HUB

PRESENTED BY THE MICHIGAN HIGH SCHOOL COACHES' ASSOCIATION

Learn from
THE PR⊃S
Stream now
sportsengine play

Share this Team >

Regular Season
2021-22

Conferences  >  Great Lakes ▾  >  Escanaba ▾

# Escanaba Eskymos

HOME    ROSTER    GAME SCHEDULE    PLAYER STATS    TEAM STATS    STANDINGS    PHOTOS    VIDEOS    POSTS

1  3  4  9  10  11  12  14  15  16  17  18  19  21  35  .  .  .

PLAYERS    STAFF

| NUMBER | PHOTO | NAME | TITLE |
|--------|-------|------|-------|
|  |  | Andy Johnson | Head Coach |
|  |  | Tim Martineau | Manager |
|  |  | Ethan Silverstone | Assistant Coach |

ALLEN ET AL V EAPS ET AL 000110

# Michigan High School Hockey Hub

2022-2023

# Official Roster of Escanaba Eskymos

**Printed 07/18/2024 1:54PM**

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Andy Johnson, Ethan Silverstone, Caden Fulsher

| # | Name | Pos | Grade |
|---|---|---|---|
| 3 | Alex Schwalbach | D | 10 |
| 4 | Brett Labre | D | 11 |
| 6 | Davin Mattonen | D | 10 |
| 7 | Owen LaBonte | F | 9 |
| 8 | Nolan Bink | F | 9 |
| 9 | Ben Sands | F | 9 |
| 10 | Brayden Martineau | F | 12 |
| 11 | Sawyer LaMarch | F | 12 |
| 12 | Isaiah Boyce | D | 11 |
| 14 | Cale Carter | F | 10 |
| 15 | Trevor Streichert | F | 12 |
| 16 | Carson Hughes | D | 9 |
| 17 | Cody Nelson | F | 12 |
| 18 | Graham Johnson | F | 9 |
| 19 | Gunner Bourdeau | D | 12 |
| 21 | Keagan Braun | F | 9 |
| 31 | Cully Hayes | G | 9 |



SportsEngine

https://www.mihshockeyhub.com/roster/show/7542190?subseason=853968

ALLEN ET AL V EAPS ET AL 000111

| | Home | Schedule | Conferences | Standings | Awards | Leaders | Showcases | More + |

GREAT LAKES > Calumet  Escanaba  Hancock Bulldogs  Houghton  Kingsford  Marquette  Negaunee  Jeffers

# HOCKEY HUB

PRESENTED BY THE MICHIGAN HIGH SCHOOL COACHES' ASSOCIATION

FANDANGO AT HOME    Watch Now

Share this Team >

**Regular Season**
2022-2023

Conferences  >  Great Lakes  ▼  >  Escanaba  ▼

## Escanaba Eskymos

HOME    ROSTER    GAME SCHEDULE    PLAYER STATS    TEAM STATS    STANDINGS    PHOTOS    VIDEOS    POSTS

3  4  6  7  8  9  10  11  12  14  15  16  17  18  19  21  31  .  .  .

PLAYERS    STAFF

| NUMBER | PHOTO | NAME | TITLE |
|--------|-------|------|-------|
| | | Caden Fulsher | Student Manager |
| | | Andy Johnson | Head Coach |
| | | Ethan Silverstone | ALLEN ET AL V EAPS ET AL 000112 |

# Michigan High School Hockey Hub

## Official Roster of Escanaba Eskymos

2023-2024

Printed 07/18/2024 1:56PM

**League:** MI-HS Varsity Hockey
**Division:** Great Lakes HS
**Coaches:** Andy Johnson, Mike Sands

| # | Name | Pos | Grade |
|---|------|-----|-------|
| 2 | Sam Spear | F | 10 |
| 3 | Alex Schwalbach | D | 11 |
| 4 | Brett Labre | F | 12 |
| █ | ████████ | █ | █ |
| 6 | Davin Mattonen | D | 11 |
| 7 | Owen LaBonte | F | 10 |
| 8 | Nolan Bink | D | 10 |
| 9 | Ben Sands | D | 10 |
| 11 | Brody Levesque | F | 9 |
| 12 | Isaiah Boyce | D | 12 |
| 14 | Cale Carter | F | 11 |
| 16 | Carson Hughes | F | 10 |
| 18 | Graham Johnson | F | 10 |
| 20 | Anthony Potvin | F | 10 |
| 21 | Keagan Braun | F | 10 |
| 31 | Cully Hayes | G | 10 |



SportsEngine

https://www.mihshockeyhub.com/roster/show/8245917?subseason=909980

ALLEN ET AL V EAPS ET AL 000113



| Home | Schedule | Conferences | Standings | Awards | Leaders | Showcases | More + |

GREAT LAKES ❯ Calumet   Escanaba   Hancock Bulldogs   Houghton   Kingsford   Marquette   Negaunee   Jeffers

# HOCKEY HUB

PRESENTED BY THE MICHIGAN HIGH SCHOOL COACHES' ASSOCIATION

**FANDANGO AT HOME**    Watch Now

Share this Team >

**Regular Season**
2023-2024

Conferences › Great Lakes ▾ › Escanaba ▾

## Escanaba Eskymos

| HOME | ROSTER | GAME SCHEDULE | PLAYER STATS | TEAM STATS | STANDINGS | PHOTOS | VIDEOS | POSTS |

2  3  4  5  6  7  8  9  11  12  14  16  18  20  21  31  .  .

**PLAYERS**   **STAFF**

| NUMBER | PHOTO | NAME | TITLE |
|--------|-------|------|-------|
|  |  | Andy Johnson | Head Coach |
|  |  | Mike Sands | Assistant Coach |

ALLEN ET AL V EAPS ET AL 000114