UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CHLOE ALLEN and SANDRA
ALLEN as next friend of H.A,

       Plaintiffs,

v

ESCANABA AREA PUBLIC SCHOOLS,

       Defendant.
_____/

Judge Hala Y. Jarbou
Magistrate Judge Maarten Vermaat
No. 23-00200

| | |
|---|---|
| Matthew J. Clark (P76690) | Timothy J. Mullins (P28021) |
| Rachel N. Helton (P61885) | John L. Miller (P71913) |
| Gregory, Moore, Brooks & Clark, P.C. | Giarmarco, Mullins & Horton, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 28 West Adams, Suite 300 | 101 W. Big Beaver Road, 10th Floor |
| Detroit, MI 48226-1613 | Troy, MI 48084-5280 |
| (313) 964-5600 | (248) 457-7188 |
| Matt@unionlaw.net | tmullins@gmhlaw.com |
| rachel@unionlaw.net | jmiller@gmhlaw.com |

**EXHIBIT H (REDACTED) TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT H

```
 1                  UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF MICHIGAN

 3

 4    CHLOE ALLEN, ET AL.,

 5                    Plaintiffs,

 6          vs.                         Case No.  23-00200

 7    ESCANABA AREA PUBLIC SCHOOLS,

 8                    Defendant.

 9    _____

10    PAGE 1 TO 58

11

12

13         The Deposition of COBY FLETCHER, E.D.D.,

14         Taken via Luzod Remote,

15         Commencing at 10:04 a.m.,

16         Tuesday, September 24, 2024,

17         Before Becky L. Harris, CSR-5395.

18

19

20

21

22

23

24

25         Court reporter, attorneys & witness appeared remotely.
```

1          and so typically practice -- anywhere I've ever been,
2          has been to leave the composition of the team to the
3          discretion of the coach.
4     Q.   Okay.  Do you know anything about how practice players
5          or student managers are able to get in those positions?
6     A.   No.
7     Q.   Okay.  Have you ever seen Chloe play hockey?
8     A.   I have never seen Chloe play hockey.
9     Q.   Okay.  And is the same true with ▮▮▮▮▮, never
10         seen him play hockey?
11    A.   That's also true with ▮▮▮ yes.
12    Q.   Okay.  Let's talk about Title IX.  Have you ever had
13         any sort of experience with Title IX in your position?
14    A.   So in particular in regards to training, the policy
15         side of things, that has been my primary experience
16         with Title IX.
17    Q.   Okay.  And what -- I guess we'll talk about Escanaba
18         then.  Have you had any sort of training, Title IX
19         training --
20    A.   Yes.
21    Q.   -- during this position -- or for this position, sorry?
22    A.   Sorry, I almost answered while you were asking the
23         question.
24    Q.   I told you it was going to happen.
25    A.   Yeah, I know.  I'll try to do better.  The -- yes, I

```
 1          have had training with Title IX.  It's been very
 2          interesting and -- in particular because Title IX has
 3          been changing quite a bit lately over the past several
 4          years.  There have been quite a few changes in the
 5          Title IX.
 6    Q.    What sort of training have you had as it relates to
 7          your time at Escanaba?
 8    A.    So typically I go through training with Thrun Law Firm.
 9          So recently, a couple of weeks ago, I just went through
10          a three-hour training on the new Title IX regulations.
11          So it's typically that type of trainings.
12    Q.    Okay.  And I don't know -- trying to get some sense of
13          a number, I don't expect you to have an exact number.
14                How many Title IX trainings have you
15          participated in regarding Escanaba?
16    A.    Yeah, that's a good question.  Lots of training.  I
17          couldn't give you hours, but probably, you know, four
18          or five trainings with Thrun Law Firm.  There are a
19          variety of other different organizations that, as
20          superintendent, you're involved in; so the Michigan
21          Association of School Boards, the Michigan Association
22          of School Administrators where Title IX is a very
23          frequent topic of conversation as well, so training --
24    Q.    Okay.  And do you know anything about the training that
25          your staff -- that the other school staff gets, like
```

```
 1          we'll talk about the athletic director, know anything
 2          about any training they receive in Title IX?
 3    A.    So staff typically get training through Vector
 4          Solutions, that is a group that we have access to
 5          through our insurers at SAG.  All of our staff went
 6          through the new Title IX training this year as well.
 7    Q.    Okay.  When you say all staff, you know, we're talking
 8          teachers, the administrators, athletic director?
 9    A.    Uh-huh, correct.
10    Q.    Okay.  Other than those Vector trainings, any other
11          sorts of trainings for the staff?
12    A.    It varies by position.  So the law requires us to
13          provide a general training to all of our staff, at the
14          beginning of the year this year in particular.  And
15          then we have other members of our staff who receive
16          more intensive training.  So administrators and the
17          athletic director are Title IX coordinators, all went
18          through the lengthier training with Thrun Law Firm this
19          year.
20    Q.    And that's in person?
21    A.    That is via Zoom.
22    Q.    Okay.  Have you ever handled a Title IX complaint?
23    A.    We had one previous Title IX complaint that was
24          employee on employee that we handled.
25    Q.    Okay.  You're talking about as superintendent?
```

1  A.  Yes, as superintendent.  I did not handle any Title IX
2      complaints as a principal.
3  Q.  Okay.  The employee complaint that you handled, what
4      kind of discrimination was alleged?
5  A.  That was a sexual harassment complaint.
6  Q.  Okay.  And what was your involvement in handling that
7      complaint?
8  A.  I was the decision maker.
9  Q.  Okay.  To be clear, when you say employee, I mean, are
10     these two teachers?
11 A.  These were staff members, not teachers.
12 Q.  Okay.
13 A.  I believe they were classified staff members.
14 Q.  I see.  So let's talk about Title IX as it relates to
15     some of the issues in this case.
16         From your understanding, what is the school
17     district's obligation regarding a girl student who
18     wants to play hockey with your school district?
19 A.  Well, I guess from the school perspective, I would
20     expect that you would not see any sort of
21     discrimination, you know, take place.  But as far as
22     this specific situation, I believe that Title IX
23     doesn't actually require it because it's a contact
24     sport, that's my understanding.
25 Q.  Okay.  But are you aware that -- well, are you aware

```
 1   BY MR. CLARK:
 2   Q.    Okay.
 3   A.    I don't know the specifics of what his involvement was
 4         in any teams that she might been playing in, but they
 5         do tend to be pretty aware of how anybody who plays
 6         hockey in this area performs.  I mean, we're a co-op
 7         team as well, right?  So we also co-op with Gladstone,
 8         which is the neighboring school.  And even then, even
 9         though we're two separate communities, we're two small
10         communities in the same regional area and the little
11         awareness I have of hockey is that they all know each
12         other very, very well.
13   Q.    Okay.  I'll go on to the next paragraph that talks
14         about you being interviewed.  It says -- this is what
15         you are telling the investigators.  It says:
16         Mr. Wilson also confirmed that student one made a
17         request to be a team manager or to participate in any
18         other available role for the hockey team and that in
19         response Coach Johnson made the statement to the effect
20         that she could not because she was not what he
21         envisioned for his team.
22               From your standpoint as a superintendent, do
23         you see any problems with what you reported back there?
24   A.    Yeah, it would really be the same for me; that is to
25         say, that a coach has the discretion to determine what
```

1        the composition of their team is.  And even though a

2        manager may not be a practicing member of the team or a

3        practice player, for example, might not be involved to

4        the same extent that, you know, skaters on the team

5        are, the coach is going to develop that composition

6        based on what they think is going to be most likely to

7        lead to a successful team.  And I kind of, I guess, I

8        understand it from that perspective.

9   Q.   Okay.  At the end of this investigation, it talks about

10       next steps.  There is a recommendation that letters be

11       issued to both parties notifying them of the

12       investigation outcome.

13            Do you recall any letters being sent of that

14       nature?

15  A.   Yes, I believe I sent those letters and I believe they

16       were also provided to you.

17  Q.   Right, okay.  So this would be a letter both to the

18       Allens and to Coach Johnson, right?

19  A.   Correct.

20  Q.   Okay.  And then there's an additional recommendation

21       that the district hockey team participants and all

22       coaching staff receive training on harassment and

23       bullying.  Did any of that occur?

24  A.   Yes, we used as, I said before, Vector Solutions to

25       provide that training.

1  Q.    Okay.  So I think you mentioned Vector as a sort of
2        annual Title IX training, right, that's the form that
3        typically happens?
4  A.    Yeah, they provide a variety of different trainings
5        that school districts can use to train their staff.
6  Q.    Okay.  So those -- that recommendation of training on
7        harassment and bullying was all done through Vector?
8  A.    That's correct.
9  Q.    Okay.  And that was for the hockey team participants,
10       as well as coaching staff?
11 A.    For participants, we included some additional language
12       in our athletic handbook that we expect coaches to go
13       over with the students.  And then we provided the
14       Vector training solutions to the coaches.
15 Q.    Okay.  So coaches received the Vector training, but not
16       the players, right?
17 A.    The Vector training is more geared towards staff.
18 Q.    Understood.  And then the training or the action taken
19       regarding the team participants, the students, was that
20       the coaches were supposed to go over some of this new
21       language about bullying and harassment, right?
22 A.    Yeah, and we put that in the athletic handbook because
23       we wanted it to be applicable to pretty much everybody,
24       right?  I mean, you might deal with an isolated event
25       on a team, but you might also want to make sure that,

| | | |
|---|---|---|
| 1 | | you know, that doesn't happen in other areas as well. |
| 2 | | I guess we were trying to be proactive with it. |
| 3 | Q. | Okay.  Any other measures taken as a result of this |
| 4 | | investigation, other than what we've just talked about? |
| 5 | A. | No, not to my knowledge. |
| 6 | Q. | Okay.  Are you aware of any other -- well, any sort of |
| 7 | | animosity that was expressed towards any of the Allens |
| 8 | | as a result of the events that are the subject of this |
| 9 | | lawsuit? |
| 10 | A. | Yeah, well, the only thing that I am aware of with |
| 11 | | regard to the Allens was Mrs. Allen did call me one |
| 12 | | time to say that people -- and I'm only paraphrasing |
| 13 | | here because I don't remember exactly what was said, |
| 14 | | but that people were not being nice on Facebook.  I did |
| 15 | | ask if there were any school staff or it was happening |
| 16 | | at school and she said no. |
| 17 | | We never got any complaints from Chloe that |
| 18 | | any of that was going on and we were purposeful in |
| 19 | | checking with her.  Our policy, you know, does require |
| 20 | | us to be supportive of students who make a complaint. |
| 21 | | And even though it was coming from the parent, we |
| 22 | | wanted to make sure that, you know, Chloe wasn't |
| 23 | | dealing with any of that while she was at school as |
| 24 | | well.  And there were no complaints about staff, no |
| 25 | | complaints about what was going on at school; there was |