UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHLOE ALLEN, et al.,

    Plaintiffs,

v.

    Case No. 2:23-cv-200

    Hon. Hala Y. Jarbou

ESCANABA AREA PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

### **JUDGMENT**

In accordance with the opinion and order entered this date:

**JUDGMENT** is entered in favor of Defendants.

Dated: May 6, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE